## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Vellali v. Yale University        Docket No.: 23-1082

Lead Counsel of Record (name/firm) or Pro se Party (name): Nancy G. Ross/Mayer Brown LLP

Appearance for (party/designation): Yale University; Michael A. Peel; The Retirement Plan Fiduciary Committee/Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Nancy G. Ross
Firm: Mayer Brown LLP
Address: 71 S. Wacker Drive, Chicago IL 60606
Telephone: 312-701-8788        Fax: 312-706-8273
Email: nross@mayerbrown.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on October 26, 2018     OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Nancy G. Ross
Type or Print Name: Nancy G. Ross
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.