# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vellali v. Yale University  Docket No.: 23-1082

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nicole A. Saharsky

Firm: Mayer Brown LLP

Address: 1999 K Street NW, Washington DC 20006

Telephone: 202-263-3052   Fax: 202-830-0326

E-mail: nsaharsky@mayerbrown.com

Appearance for: Yale University; Michael A. Peel; The Retirement Plan Fiduciary Committee/Defendants-Appellees
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Nancy G. Ross/Mayer Brown LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 14, 2023   OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Nicole A. Saharsky

Type or Print Name: Nicole A. Saharsky