## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vellali v. Yale University _____ Docket No.: 23-1082 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nancy G. Ross

Firm: Mayer Brown LLP

Address: 71 S. Wacker Drive, Chicago IL 60606

Telephone: 312-701-8788 _____ Fax: 312-706-8273

E-mail: nross@mayerbrown.com

Appearance for: Yale University; Michael A. Peel; The Retirement Plan Fiduciary Committee/Defendants-Appellees
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Nicole A. Saharsky/Mayer Brown LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on October 26, 2018 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Nancy G. Ross

Type or Print Name: Nancy G. Ross