# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vellali v. Yale University  Docket No.: 23-1082

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Reginald R. Goeke

Firm: Mayer Brown LLP

Address: 1999 K Street NW, Washington DC 20006

Telephone: 202-263-3241   Fax: 202-263-5241

E-mail: rgoeke@mayerbrown.com

Appearance for: Yale University; Michael A. Peel; The Retirement Plan Fiduciary Committee/Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nicole A. Saharsky/Mayer Brown LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 12, 2021   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Reginald R. Goeke

Type or Print Name: Reginald R. Goeke