## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vellali v. Yale University _____  Docket No.: 23-1082 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Minh Nguyen-Dang

Firm: Mayer Brown LLP

Address: 1999 K Street NW, Washington DC 20006

Telephone: 202-263-3135 _____  Fax: 202-830-0381

E-mail: mnguyen-dang@mayerbrown.com

Appearance for: Yale University; Michael A. Peel; The Retirement Plan Fiduciary Committee/Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nicole A. Saharsky/Mayer Brown LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on March 17, 2022 _____  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Minh Nguyen-Dang

Type or Print Name: Minh Nguyen-Dang